■ TODD E. SHATKIN, D.D.S., et al., Appellants, v DAWN M. DRESCHER, Also Known as DAWN M. PASIECZNIK, Now Known as DAWN M. PASTOR, et al., Defendants, and PEPSI COLA BUFFALO BOTTLING CORP., Respondent. (Appeal No. 2.) [805 NYS2d 880]— Appeal from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered December 2, 2004. The order denied plaintiffs' motion for leave to renew.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Shatkin v Drescher* (24 AD3d 1292 [2005]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.

■ TODD E. SHATKIN, D.D.S., et al., Appellants, v DAWN M. DRESCHER, Also Known as DAWN M. PASIECZNIK, Now Known as DAWN M. PASTOR, et al., Defendants, and SCOTT PASTOR, Respondent. (Appeal No. 3.) [805 NYS2d 881]—Appeal from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered December 2, 2004. The order, insofar as appealed from, granted the motion of defendant Scott Pastor for summary judgment dismissing the amended complaint against him.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Shatkin v Drescher* (24 AD3d 1292 [2005]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.